Nicholas Robert Bischoff, Esq.
Law Office of Nicholas R. Bischoff
P.O. Box 8101
Tumacacori, Arizona 85640
(520) 988-4170
State Bar No. 021428
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-8423M |
| Plaintiff, | Motion to Withdraw as Counsel of Record and Appoint New Counsel |
| vs. | |
| Jesus Contreras-Gamez, | |
| Defendant. | |

It is expected that excludable delay under 18 U.S.C. 3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant Jesus Contreras-Gamez, requests this Court appoint new counsel to represent him in the above captioned case. Undersigned counsel avows the attorney-client relationship has deteriorated to the degree that Mr. Contreras has no confidence in counsel's representation. Counsel believes that further representation of Mr. Contreras would be ineffective because there has been a complete breakdown on communication between him and client. Defendant has no confidence in the advice being provided by counsel, doubts counsel's commitment to his defense and has requested new counsel be appointed. Counsel believes further communication between himself and Mr. Contreras will be futile and counterproductive.

1  DATED this 26th day of February 2022.
2
3
                              **Law Office of Nicholas R. Bischoff**
4
5                             _____
                              S/ Nicholas Robert Bischoff
6                             *Attorney for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28